**Marquis Aurbach Chtd.**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
acalaway@maclaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE WATER PETROLEUM CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATAKAM GROUP INC., a Wyoming Corporation, ANDREW OSICHNUK, aka ANDREI OSICHNUK, an individual, ALEXANDER DEKHTYAR, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  3:24-cv-00203-LRH-CSD<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants Atakam Group Inc. ("Atakam"), Andrew Osichnuk aka Andrei Osichnuk ("Osichnuk"), and Alexander Dekhtyar ("Dekhtyar"), collectively ("Defendants"), by and through their counsel of record Marquis Aurbach, and plaintiff Blue Water Petroleum Corp. ("BWPC" or "Plaintiff") by and through their counsel The Gilmore Law Group, respectfully submit the following Stipulation and Order to Extend Defendants' Deadline to Respond to Complaint (First Request). Parties stipulate and agree as follows:

1.      Plaintiff filed its Complaint on March 1, 2024 in the Second Judicial District Court of the State of Nevada, County of Washoe. Defendants' counsel accepted service of the Complaint on April 26, 2024. Defendants' current responsive deadline is May 17, 2024.

Page 1 of 2

MAC:17688-001 5481043_2 5/20/2024 11:23 AM

*MARQUIS AURBACH CHTD.*
*10001 Park Run Drive*
*Las Vegas, Nevada 89145*
*(702) 382-0711 FAX: (702) 382-5816*

2.      Plaintiff and Defendants hereby stipulate and jointly request that the deadline for Defendants to respond to Plaintiff's complaint be extended by two (2) weeks to **May 31, 2024.** This stipulation and order is submitted in good faith and not for purposes of delay.

Dated this 20th day of May, 2024

**MARQUIS AURBACH**


By:*/s/ Alexander K. Calaway*
　　Chad F. Clement, Esq.
　　Nevada Bar No. 12192
　　Alexander K. Calaway, Esq.
　　Nevada Bar No. 15188
　　10001 Park Run Drive
　　Las Vegas, NV 89145
　　Attorney for Defendants

Dated this 20th day of May, 2024

**THE GILMORE LAW GROUP PLLC**


By:*/s/ Frank C. Gilmore*
　　Frank C. Gilmore, Esq.
　　Nevada Bar No.10052
　　3715 Lakeside Drive
　　Reno, Nevada 89509
　　Attorneys for Plaintiff

**ORDER**

DATED:  May 20, 2024

_____
Craig S. Denney
United States Magistrate Judge

MAC:17688-001 5481043_2 5/20/2024 11:23 AM

MARQUIS AURBACH CHTD.
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816