ALEXANDER H. WALKER III
Nevada State Bar #8712
50 West Liberty Street, Suite 880
Reno, Nevada 89501
Telephone:  (801) 363-0100
Email:  alex@awalkerlaw.com

CLAYTON P. BRUST
Nevada State Bar #5234
ROBISON SHARP SULLIVAN BRUST
71 Washington Street
Reno, Nevada  89503
Telephone: (775) 329-3151
Email:  cbrust@rssblaw.com

*Attorneys for Counter-defendant Nevada Agency
and Transfer Company*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE WATER PETROLEUM CORP., a Nevada corporation, | Case No. 3:24-cv-00203-MMD-CSD |
| Plaintiff, | |
| vs. | |
| ATAKAM GROUP INC., a Wyoming Corporation; ANDREW OSICHNUCK, aka ANDREI OSICHNUK, an individual; ALEXANDER DEKHTYAR, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |
| ATAKAM GROUP INC., a Wyoming Corporation; ANDREW OSICHNUCK, aka ANDREI OSICHNUK, an individual; ALEXANDER DEKHTYAR, an individual, | |
| Counterclaimants, | |
| vs. | |

BLUE WATER PETROLEUM CORP., a Nevada corporation; NEVADA AGENCY AND TRANSFER COMPANY, a Nevada corporation; and Vladimir Ivanov, and individual, DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,

Counter-defendants.

## STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COUNTERCLAIM

The parties, through their respective counsel, stipulate and respectfully request an order extending the time for Counter-defendant Nevada Agency and Trust Company ("NATCO") to respond to the counterclaims filed against NATCO by Defendants from July 12, 2024 to July 26, 2024.

This is the first request for an extension of NATCO's time to respond to the counterclaims asserted by Defendants. This extension is not sought for any improper purposes.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**AFFIRMATION:**  Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding *Stipulation and Order to Extend Time to File Response to Counterclaim* and/or attachments do not contain the social security number of any person.

**IT IS SO STIPULATED.**

Dated this  9th  day of July, 2024.          Dated this  9th  day of July, 2024.

THE GILMORE LAW GROUP PLLC          MARQUIS AURBACH COFFING


        */s/ Frank C. Gilmore*                            */s/ Alexander K. Calaway*
Frank C. Gilmore, Esq. – NSB #283859          Alexander K. Calaway, Esq. – NSB #15188
3715 Lakeside Drive                                        Chad F. Clement, Esq. – NSB #12192
Reno, NV 89509                                             10001 Park Run Drive
                                                                   Las Vegas, NV 89145
*Attorneys for Plaintiff Blue Water*
*Petroleum Corp.*                                         *Attorney for Defendants*

Dated this  9th  day of July, 2024.

ROBISON, SHARP, SULLIVAN & BRUST


        */s/ Clayton P. Brust*
Clayton P. Brust, Esq. – NSB #5234
71 Washington Street
Reno, NV 89503

Alexander H. Walker III – NSB #8712
50 West Liberty Street, Suite 880
Reno, Nevada 89501

*Attorneys for Counter-defendant Nevada*
*Agency and Transfer Company*

## **ORDER**

**IT IS SO ORDERED.**

Dated this  10th  day of  July  , 2024.

_____
U.S. Magistrate Judge

3