# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLUE WATER PETROLEUM CORP., a Nevada corporation,<br><br>        Plaintiff,<br><br>      vs.<br><br>ATAKAM GROUP INC., a Wyoming Corporation; ANDREW OSICHNUCK, aka ANDREI OSICHNUK, an individual; ALEXANDER DEKHTYAR, an individual; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 3:24-cv-00203-MMD-CSD<br><br><br>**FINAL JUDGMENT** |

ATAKAM GROUP INC., a Wyoming Corporation; ANDREW OSICHNUCK, aka ANDREI OSICHNUK, an individual; ALEXANDER DEKHTYAR, an individual,

        Counterclaimants,

      vs.

BLUE WATER PETROLEUM CORP., a Nevada corporation; NEVADA AGENCY AND TRANSFER COMPANY, a Nevada corporation; and Vladimir Ivanov, and individual, DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,

        Counter-defendants.

1

The Court, upon receipt of the Stipulation For Entry of Final Judgment, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. The Court has jurisdiction over this matter.

2. Judgment in the amount of THREE HUNDRED THOUSAND DOLLARS ($300,000.00) is entered in favor of ANDREW OSICHNUCK, aka ANDREI OSICHNUK and ALEXANDER DEKHTYAR (as Judgment Creditors) and against only BLUE WATER PETROLEUM CORP., a Nevada corporation (as Judgment Debtor).

3. This Judgment resolves all claims, counterclaims and causes of action asserted or which could have been asserted in this action, and that this action be dismissed with prejudice, with each party to bear their own fees and costs.

4. The Clerk of Court shall enter judgment accordingly close the case.

SO ORDERED this 16th day of June, 2026.

_____
MIRANDA DU
UNITED STATES DISTRICT JUDGE

2